UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-81239-MIDDLEBROOKS

KAWA ORTHODONTICS LLP,

    Plaintiff,

vs.

UNICARE LIFE & HEALTH INSURANCE COMPANY,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Parties' Stipulation of Dismissal With Prejudice, filed October 26, 2021. (DE 32). The Parties previously filed a joint stipulation of dismissal without prejudice on October 8, 2021 (DE 30) and accordingly, I closed the case on October 11, 2021. (DE 31). The Parties now file this Stipulation indicating that they seek dismissal with prejudice. Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required. Accordingly, it is **ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) This case remains **CLOSED.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 28th day of October, 2021.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record